WILLIAM VENETSANOS,

Defendant Below, Appellant,

*vs.*

GEORGE PAPPAS,

Complainant Below, Appellee.

*Supreme Court, On Appeal, March 7, 1934.*

LAYTON, C. J., and HARRINGTON, RICHARDS, RODNEY, and REINHARDT, JJ., sitting.

*Charles L. Terry, Jr.,* for appellant.

*William Prickett,* and *William M. Hope,* for appellee.

PER CURIAM.

This is an appeal from the decision of the Chancellor in *Pappas v. Venetsanos,* 19 *Del. Ch.* 347, 167 *A.* 842. The assignments of error are concerned with conclusions of fact which ought not to be disturbed except upon a clear showing of error in the conception and interpretation of the testimony. From a close examination of the lengthy record we are satisfied that the Chancellor's conclusions were fully warranted. The decree is accordingly affirmed.